1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES DAVELLE SANDERS,                    No.  2:  14-cv-2847 KJN P

12            Petitioner,

13        v.                                   ORDER

14   ERIC ARNOLD,

15            Respondent.

16

17        Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas

18   corpus pursuant to 28 U.S.C. § 2254.  Petitioner has consented to the jurisdiction of the

19   undersigned.  (ECF No. 3.)

20        On February 4, 2015, the undersigned dismissed the petition with thirty days leave to file

21   an amended petition.  (ECF No. 5.)  Thirty days passed and petitioner did not file an amended

22   petition.

23        Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice.

24   See Local Rule 110; Fed. R. Civ. P. 41(b).

25   Dated:  March 25, 2015

26

27                                             _____
     San2847.41                                KENDALL J. NEWMAN
28                                             UNITED STATES MAGISTRATE JUDGE

                                               1